

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2019

No. 04-19-00370-CV

**AUTO SPIN USA., LP,**
Appellant

v.

Hooman **NISSANI,** Individually, Hooman Automotive Group, and Nissani Bros. Nissan,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23348
Honorable Laura Salinas, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED with no further extensions absent extraordinary circumstances. Time is extended to October 18, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk